IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

        v.           Case No. 5:05CR50030-001

ARWAH J. JABER                                                         DEFENDANT

## O R D E R

This date an arraignment was held in this case on the superceding indictment filed against the defendant. Prior to the arraignment, defendant filed a written motion to modify conditions of release to remove electronic monitoring [document no. 33]. The court, at the arraignment, denied the motion to remove the electronic monitoring altogether, but granted the defendant's oral motion to allow the defendant to be in the company of his wife without electronic monitoring three (3) days a week for three and one-half (3.5) hours each day. Defendant is to continue to advise the probation office of his whereabouts at all times.

SO ORDERED THIS 25TH DAY OF OCTOBER 2005.

/s/ Beverly Stites Jones
HONORABLE BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE