IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

      v.     No. 5:05CR50030-001

ARWAH J. JABER                                                   DEFENDANT

## O R D E R

Within ten (10) days, the United States is to present for *in camera* review documents reflecting "[o]riginal information regarding defendant from named sources" prior to the investigation that led to the complaint filed June 15, 2005, as referred to by FBI Agent Richard L. Blair. If the court determines that the documents contain *Brady* material and are, thus, discoverable, the court will conduct a Classified Information Procedures Act hearing.

SO ORDERED this 8th day of December 2005.

                                        /s/ Beverly Stites Jones
                                        HONORABLE BEVERLY STITES JONES
                                        UNITED STATES MAGISTRATE JUDGE