**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

         **v.**         **Criminal No. 05-50030**

**ARWAH JABER**                                                            **DEFENDANT**

**O R D E R**

Now on this 6th day of June, 2006, comes on for consideration the request of the defendant to be considered indigent and for the payment of witness expenses under the Criminal Justice Act, 18 § 3006A(e)(1) (documents #73 and Defendant's Ex Parte Motion submitted 6/5/06) and the Court, being well and sufficiently advised, finds and orders as follows with respect to the same:

1. Pursuant to 18 U.S.C. §3006A(e)(1), the Court conducted an *ex parte* hearing this date at which defendant and his counsel appeared.

2. The Court determined that defendant qualifies as an indigent for purposes of the statute and that his requests to obtain the services of certain witnesses, at government expense, should be granted in part and denied in part.

The Court determined that the following named witness should be obtained at government expense as requested by defendant:

Dr. Carol Ross-Black

Accordingly, the defendant should be, and he hereby is, authorized to obtain the services of the above-mentioned witness for attendance at the trial of this cause which is set to commence

June 12, 2006.  Expenses incurred for air travel, sustenance and accommodations while the witness is present within the jurisdiction of this Court shall be defrayed by the United States Marshal Service, with the provision that no more than three (3) days of accommodations may be paid without further Court Order.

Defendant shall present to the United States Marshal Service information concerning the time-frame in which he desires the witness to be present within the jurisdiction of the Court for the trial, and the United States Marshal Service is directed to arrange for the payment of costs for air travel, sustenance and accommodations for the witness as aforesaid.

**IT IS, THEREFORE, ORDERED**

That defendant is considered an indigent, under the Criminal Justice Act, for purposes of the payment of costs and expenses for necessary witnesses for his trial;

That, upon proper presentation to it of the necessary request for travel, etc. by defendant, the United States Marshal Service is directed to arrange for the payment of costs for air travel, sustenance and accommodations for the witness as aforesaid.

**IT IS FURTHER ORDERED** that defendant's motion should be, and hereby is, denied in all other respects.

**IT IS SO ORDERED.**

                                                           **/s/ Jimm Larry Hendren**
                                                           **JIMM LARRY HENDREN**
                                                           **UNITED STATES DISTRICT JUDGE**