**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

        **v.**            **Criminal No. 05-50030**

**ARWAH JABER**                                                                    **DEFENDANT**

**O R D E R**

Now on this 14th day of June, 2006, the above matter comes on for consideration. The Court, being well and sufficiently advised, finds and orders as follows:

The Court previously determined that defendant qualified as an indigent. The Court now finds that the services of the following named witness should be obtained at government expense as requested by defendant:

**Frank Anderson**

Accordingly, the defendant should be, and he hereby is, authorized to obtain the services of the above-mentioned witness for attendance at the now pending trial of this cause. Expenses incurred for air travel, sustenance and accommodations while the witness is present within the jurisdiction of this Court shall be defrayed by the United States Marshal Service, with the provision that no more than three (3) days of accommodations may be paid without further Court Order.

Defendant shall present to the United States Marshal Service information concerning the time-frame in which he desires the witness to be present within the jurisdiction of the Court for the

trial, and the United States Marshal Service is directed to arrange for the payment of costs for air travel, sustenance and accommodations for the witness as aforesaid.

**IT IS SO ORDERED**.

                                                     **/s/ Jimm Larry Hendren**
                                                     **JIMM LARRY HENDREN**
                                                     **UNITED STATES DISTRICT JUDGE**