U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 19 2006

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                        **PLAINTIFF**

    **v.**              **Case No. 05-50030**

ARWAH JABER                                     **DEFENDANT**

## VERDICT FORM

**VERDICT AS TO COUNT ONE:**  Do you find, beyond a reasonable doubt, that Arwah Jaber attempted to provide material support to a foreign terrorist organization – as charged in Count One of the Superseding Indictment?

    _____no_____              _____
    (yes or no)                Foreperson

                  _____6-19-06_____
                  Date

**VERDICT AS TO COUNT TWO:** Do you find, beyond a reasonable doubt, that on or about November 17, 2000, Arwah Jaber used a false social security number on a credit application – as charged in Count Two of the Superseding Indictment?

    _____Yes_____              _____
    (yes or no)                Foreperson

                  _____6-19-06_____
                  Date

**VERDICT AS TO COUNT THREE:**  Do you find, beyond a reasonable doubt, that Arwah Jaber made a false statement on a naturalization application – as charged in Count Three of the Superseding Indictment?

    _____Yes_____              _____
    (yes or no)                Foreperson

                  _____6-19-06_____
                  Date

**VERDICT AS TO COUNT FOUR**: Do you find, beyond a reasonable doubt, that Arwah Jaber made a false statement on a passport application – as charged in Count Four of the Superseding Indictment?

_Yes_
(yes or no)

_____
Foreperson

_6-19-06_
Date

**VERDICT AS TO COUNT FIVE**: Do you find, beyond a reasonable doubt, that on or about January 15, 2001, Arwah Jaber used a false social security number on a credit application – as charged in Count Five of the Superseding Indictment?

_Yes_
(yes or no)

_____
Foreperson

_6-19-06_
Date

**VERDICT AS TO COUNT SIX**: Do you find, beyond a reasonable doubt, that Arwah Jaber procured his naturalization unlawfully – as charged in Count Six of the Superseding Indictment?

_Yes_
(yes or no)

_____
Foreperson

_6-19-06_
Date