IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 05-50030 JLH |
| | ) | |
| ARWAH JABER | ) | |

**FACTUAL AMENDMENT TO SENTENCING MEMORANDUM**

Defendant misspoke in the Sentencing Memorandum as to the time he was required to spend at home, and he needs to clarify it before the hearing. Defendant called this to counsel's attention this morning (November 15, 2006), and we wanted the court to have it as soon as possible.

The time stated in the Sentencing Memorandum is correct through November 2005 when Judge Jones modified his conditions of release to permit the defendant out 3½ hours three days a week; a total of 10½ hours a week. During that time period, defendant completed his Ph.D. defense. This was through the start of the trial, and during the trial, defendant was obviously in court and meeting with his lawyers at night. After the trial, it was changed to 6 a.m. to 10 p.m. where it has remained.

Respectfully submitted,

*/s/ John Wesley Hall, Jr.*
JOHN WESLEY HALL, JR.
  Ark. Bar No. 73047
PATRICK J. BENCA
  Ark. Bar No. 99020
1311 Broadway
Little Rock, Arkansas 72202-4843
(501) 371-9131 / fax (501) 378-0888
e-mail:  ForHall@aol.com

*Attorneys for Defendant*

CERTIFICATE OF SERVICE

This document was e-filed and e-served through the court's electronic filing system on November 15, 2006.

*/s/ John Wesley Hall, Jr.*
John Wesley Hall, Jr.