**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

    **v.**          **Criminal No. 05-50030**

**ARWAH JABER**                                                                              **DEFENDANT**

### O R D E R

On this 16th day of November 2006, there comes on for consideration defendant's request to be granted *in forma pauperis* status for his appeal. Upon consideration of defendant's financial affidavit, his request is **GRANTED.**

IT IS SO ORDERED.

                                                           /S/JIMM LARRY HENDREN
                                                           JIMM LARRY HENDREN
                                                           UNITED STATES DISTRICT JUDGE