**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

        **v.**             **Criminal No. 05-50030**

**ARWAH JABER**                                                         **DEFENDANT**

**O R D E R**

Now on this 16th day of November, 2006, comes on for consideration the **Government's Motion to Revoke the Defendant's Citizenship (Doc. 116)**. The Court, being well and sufficiently advised, finds and orders as follows:

1. On June 19, 2006, a jury returned a verdict finding defendant guilty on five of six counts -- with one of the findings of guilt relating to the charge that he had procured his naturalization unlawfully, in violation of 18 U.S.C. § 1425.

2. The Government then filed the instant motion seeking to revoke defendant's citizenship pursuant to 8 U.S.C. § 1451(e), which provides, in pertinent part, as follows:

> When a person shall be convicted under section 1425 ... of knowingly procuring naturalization in violation of law, the court in which such conviction is had shall thereupon revoke, set aside, and declare void the final order admitting such person to citizenship, and shall declare the certificate of naturalization of such person to be canceled.

3. By order entered on July 7, 2006, the Court ruled that the motion to revoke should be held in abeyance until the sentencing phase of this case. (Doc. 117.)

4. On November 16, 2006, defendant was sentenced for having committed the offense of procuring his naturalization unlawfully. Pursuant to § 1451(e), the **Government's Motion to Revoke the Defendant's Citizenship (Doc. 116)** must now be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that the July 2, 2001 naturalization of the defendant ordered by the Attorney General of the United States admitting the defendant to United States citizenship is **REVOKED** and **SET ASIDE,** and his certificate of naturalization (No. 25251936) is **CANCELLED**.

**IT IS FURTHER ORDERED** that the defendant shall immediately surrender his certificate of naturalization, any copies thereof in his possession, and any other indicia of United States citizenship to the Attorney General of the United States or his representative, the United States Attorney for the Western District of Arkansas.

Finally, **IT IS ORDERED** that the Clerk of the Court shall transmit a certified copy of this order and the judgment in this case to the Attorney General.

**IT IS SO ORDERED.**

     /s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**